UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL LAWRENCE BRUNER,  )<br>  )<br>         Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RANDY HARDING, et al.,  )<br>  )<br>         Defendants.  ) | Case No. CIV-24-1218-R |

## **ORDER**

Plaintiff Paul Lawrence Bruner, a state prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell issued a Report and Recommendation [Doc. No. 15] recommending that this action be transferred under 28 U.S.C. §§ 1404(a) and 1406(b) to the United States District Court for the Northern District of Oklahoma. Within the time to file an objection, Plaintiff filed a notice [Doc. No. 16] indicating that he has no objection to transferring the case.

The Court therefore adopts the Report and Recommendation in its entirety and, for the reasons stated therein, TRANSFERS this action to the United States District Court for the Northern District of Oklahoma.

**IT IS SO ORDERED** this 21st day of February, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE